■ GERALDINE MORRISON, Respondent, v ROBERT A. ALTMAN, M.D., et al., Appellants. [718 NYS2d 319] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered April 21, 2000, which, in a medical malpractice action, denied defen-

dant doctor's and hospital's respective motions for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Issues of fact exist as to, *inter alia*, how and when the infectious agent was introduced; whether defendant doctor committed malpractice in administering a lumbar epidural steroid injection by taking 17 minutes to perform the procedure and using the same needle in more than one location; and whether defendant hospital, through its nurse, committed malpractice by failing to prepare proper records, obtain a full history, properly examine plaintiff and properly evaluate the injection site. Concur—Sullivan, P. J., Wallach, Lerner, Andrias and Buckley, JJ.